Eastern District of Kentucky
**F I L E D**

JUL 0 6 2020

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**UNITED STATES OF AMERICA**

**V.**                                   **INFORMATION NO.** 6:20-cr-38-REW
                                          **21 U.S.C. § 842(a)(5) & (c)(2)(A)**

**DAVID B. GUSTIN**

*   *   *   *   *

**THE UNITED STATES ATTORNEY CHARGES:**

On or about a day in July 2011 and continuing through on or about a day in October 2012, in Clay County, in the Eastern District of Kentucky, and elsewhere,

### DAVID B. GUSTIN

knowingly failed to make, keep, and furnish a record, report, notification, declaration, order and order form, statement, invoice, and information required by the Controlled Substances Act and its implementing regulations, to wit, **DAVID B. GUSTIN** knowingly failed to disclose suspicious orders of controlled substances to the Drug Enforcement Administration as required by 21 C.F.R. § 1301.74(b), in violation of 21 U.S.C. §§ 842(a)(5) and (c)(2)(A).

**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## **PENALTIES**

Imprisonment for not more than one year, fine of not more than $100,000, and supervised release for not more than one year.

**PLUS:**      Mandatory special assessment of $25.

**PLUS:**      Restitution, if applicable.